## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## 5:20-CV-00044-FL

| | |
|---|---|
| LIRIS S.A., <br><br> Plaintiff, <br><br> v. <br><br> MORRIS & ASSOCIATES, INC., <br><br> Defendant. | **ORDER ON JOINT MOTION FOR EXEMPTION FROM MEDIATION** |

This matter came on for determination on the Joint Motion of Plaintiff Liris S.A. and Defendant Morris & Associates, Inc. for an order exempting the Parties from the requirement to conduct a mediated settlement conference as was ordered in the Case Management Order. The Court, having considered the Motion, finds good cause for the granting of the Motion.

IT IS THEREFORE ORDERED that the Parties are exempt from conducting the mediated settlement conference in this matter ordered in the Case Management Order.

This the 2nd day of June 2021.

_____
LOUISE W. FLANAGAN
United States District Judge